458 A.2d 1350

**In re Thomas J. ESHELMAN, Candidate for Supreme Court of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued April 20, 1983.

Decided April 20, 1983.

C. Kent Price, Harrisburg, for appellant.

Lawrence J. Hracho, William R. Bernhart, Reading, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Order affirmed.